IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TOMMY DEWAYNE KNIGHT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:09-CV-365-WHA |
| | ) [WO] |
| | ) |
| KEVIN DAVIS, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

On August 12, 2009, the plaintiff filed a motion to amend (Court Doc. No. 22) in which he seeks to present claims against an additional individual and challenge the constitutionality of his current medical treatment. This motion is not filed within the time allowed by the court. *Order of April 29, 2009 - Court Doc. No. 8* at 5 ("All amendments to the complaint and/or motions to amend must be filed within ninety (90) days of this order...."). Accordingly, it is

ORDERED that the motion to amend be and is hereby DENIED.

The plaintiff is advised that if he seeks to present claims to this court with respect to the medical treatment he is now receiving he may do so by filing a separate 42 U.S.C. § 1983 action.

Done this 12th day of August, 2009.

　　　　　　　　　　　　　　　　　　/s/ Susan Russ Walker
　　　　　　　　　　　　　　　　　SUSAN RUSS WALKER
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE