IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TOMMY DEWAYNE KNIGHT, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 2:09cv365-WHA |
| KEVIN DAVIS, et al., | ) ) (WO) |
| Defendants. | ) ) |

## **ORDER**

No objection having been filed to the Recommendation of the Magistrate Judge (Doc. #40), entered on March 31, 2011, and following an independent review of the file in this case, the court ADOPTS the Recommendation of the Magistrate Judge, and it is hereby

ORDERED that this case is DISMISSED without prejudice for failure of the Plaintiff to prosecute this action.

DONE this 21st day April, 2011.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE