IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

TOMMY DEWAYNE KNIGHT, )
)
               Plaintiff, )
)
vs. )     CIVIL ACTION NO. 2:09cv365-WHA
)
KEVIN DAVIS, et al., )                  (WO)
)
          Defendants. )

## FINAL JUDGMENT

In accordance with the order entered in this case on this day,

Final Judgment is entered in favor of the Defendants and against the Plaintiff, and this

case is DISMISSED without prejudice.

DONE this 21st day April, 2011.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE